

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

| | |
|---|---|
| Cause Number: | 01-14-00450-CR |
| Trial Court Cause Number: | 13-02-14323 |
| Style: | Daniel Lynn Easter |
| | **v** The State of Texas |
| Date motion filed*: | February 2, 2015 |
| Type of motion: | Second Motion to Extend Time to File Brief |
| Party filing motion: | State |

Is appeal accelerated? ☐ Yes  ☒ No

If motion to extend time:

| | |
|---|---|
| Original due date: | January 15, 2015 |
| Number of previous extensions granted: | 1 |
| Date Requested: | 60 days |

Ordered that motion is:

☐ Granted

    If document is to be filed, document due:

       ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

       ☐ The Court will not grant additional motions to extend time.

☐ Denied

☒ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

    The State filed a Motion to Abate the Appeal and Remand Case to Trial Court for Clarification of Order and for Correction of Record Nunc Pro Tunc. While we were considering that motion, the State filed its Second Motion to Extend Time to File Brief and then filed its brief. We granted the motion to abate and, after clarification by the trial court, reinstated the case. Because the State has already filed its brief, we **dismiss** the motion for extension as moot.

Judge's signature: /s/ Terry Jennings
      ☒ Acting individually    ☐ Acting for the Court

Panel consists of Justices Jennings, Bland, and Brown

Date: August 26, 2015